IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARK CHARLES THOMAS | : | Case No. 5:18-bk-03250 |
| Debtor | : | |
| | : | CHAPTER 13 |
| US BANK TRUST NATIONAL ASSOCIATION | : | |
| Movant | : | Motion for Relief from Automatic Stay |
| vs. | : | |
| | : | |
| MARK CHARLES THOMAS | : | |
| THERESA A. THOMAS, CO-DEBTOR | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Respondents | : | |

**ORDER**

AND NOW, this _____ day of _____, _____, upon consideration of Movants' Motion for Relief from Stay and Answer thereto, the Motion is Denied.

BY THE COURT:

_____